IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **DANNY RUSSELL,** ) | |
| **next friend to B.R. and** ) | |
| **next of kin to** ) | |
| **Daniel Jordan Russell, deceased,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 1:25-cv-01100-STA-jay |
| v. ) | |
| ) | |
| **FRANKIE SCOTT,** ) | |
| **in his individual** ) | |
| **and official capacity;** ) | |
| **BLAKE JENKINS,** ) | |
| **in his individual** ) | |
| **and official capacity;** ) | |
| **JOHN DUNN** ) | |
| **in his individual capacity;** ) | |
| **MIRANDA GARNER** ) | |
| **in her individual capacity,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**

Defendants have filed motions to dismiss. (ECF Nos. 27, 29.) In response, Plaintiff has filed an amended complaint. (ECF No. 35.) In light of the filing of the amended complaint, Defendants' motions to dismiss are **DENIED** as moot. *See Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000) (holding that the amended complaint supersedes all previous complaints and becomes the operative pleading)); *see also Glass v. The Kellogg Co.*, 252 F.R.D. 367, 368 (W.D. Mich. 2008) ("Because the original complaint has been superseded and nullified, there is

no longer a live dispute about the propriety or merit of the claims asserted therein; therefore, any motion to dismiss such claims is moot.")

    IT IS SO ORDERED.

                                        s/ S. Thomas Anderson
                                        S. THOMAS ANDERSON
                                        UNITED STATES DISTRICT JUDGE

                                        Date:  August 12, 2025